United States District Court
Southern District of Texas
**ENTERED**
November 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **LARRY DEAN LUNA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:21-CV-00017 |
| | § | |
| VICTORIA COUNTY JAIL; JOHN MCNEIL; CITIZENS MEMORIAL HOSPITAL ER EMPLOYEES; JUSTIN MARR; VERONICA LNU; CHARLES WILLIAMSON; EDDIE FLORES; RHONDA WILLIAMS; MONA LNU; KATRINA LNU; DELONE LNU; GAYLE LNU; WILL FRANKLIN; FNU MELEZ; FNU MADISON; FNU ROBERTSON; ASHLEY BLACK; and VICTORIA COUNTY, TEXAS, | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is the September 15, 2021 Memorandum and Recommendation ("M&R") signed by Magistrate Judge Jason B. Libby. (Dkt. No. 49). In the M&R, Magistrate Judge Libby screens claims by Plaintiff Larry Dean Luna, who is appearing *pro se* and *in forma pauperis*, under 42 U.S.C. § 1997e(c) and 28 U.S.C. §§ 1915(e)(2), 1915A. Magistrate Judge Libby recommends retaining the following claims: (1) deliberate indifference claims based on inadequate treatment for Luna's medical condition against Medical Provider Veronica, Registered Nurse (RN) Rhonda Williams, Nurse Katrina, Nurse Delone, Nurse Gayle, Nurse Madison, Dr. Robertson, and Nurse Black in their individual capacities; (2) deliberate indifference claims based on

inadequate treatment for Luna's dental condition against RN Rhonda Williams, Nurse Gayle, and Nurse Madison in their individual capacities; and (3) deliberate indifference claims against Victoria County (as substitute Defendant for the individual defendants from the Victoria County Jail in their official capacities) based on an alleged policy to deny inmates access to specialized medical providers. Magistrate Judge Libby ordered service on these defendants by separate order. (Dkt. No. 52).

Magistrate Judge Libby also recommends dismissing with prejudice Luna's: (1) injunctive relief claims against all Defendants; (2) claims against all individual Defendants from the Victoria County Jail in their official capacities; and (3) remaining claims against all remaining Defendants for failure to state a claim under Sections 1915(e)(2)(B) and 1915A(b)(1).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Neither Party objected. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).

No plain error appears. Accordingly, the Court **ACCEPTS** the M&R as the Court's Memorandum Opinion and Order. The Court **RETAINS** Plaintiff Luna's (1) deliberate indifference claims based on inadequate treatment for his medical condition against **Medical Provider Veronica, RN Rhonda Williams, Nurse Katrina, Nurse Delone, Nurse Gayle, Nurse Madison, Dr. Robertson, and Nurse Black** in their individual capacities; (2) deliberate indifference claims based on inadequate treatment for his dental condition against **RN Rhonda Williams, Nurse Gayle, and Nurse Madison** in their

2

individual capacities; and (3) deliberate indifference claims against **Victoria County** (as substitute Defendant for the individual defendants from the Victoria County Jail in their official capacities) based on an alleged policy to deny inmates access to specialized medical providers.

The Court **DISMISSES WITH PREJUDICE** Plaintiff Luna's (1) claims for injunctive relief against all Defendants; (2) claims against all individual Defendants from the Victoria County Jail in their official capacities; (3) remaining claims against all remaining Defendants for failure to state a claim under 28 U.S.C. §§ 1915(e)(2)(B) and 1915(A)(b)(1).

It is SO ORDERED.

Signed on November 2, 2021.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**